IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DANNY TRAN,

      **Plaintiff,**

      v.                                     **CASE NO.  24-3199-JWL**

DARCIE HOLTHAUS, et al.,

      **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983.  Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas.  On November 19, 2024, the Court entered a Memorandum and Order to Show Cause (Doc. 7) ("MOSC") granting Plaintiff until December 19, 2024, in which to either show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC or to file an amended complaint to cure the deficiencies.  Plaintiff has failed to respond by the Court's deadline.  The underlying facts and the Court's screening standards are set forth in the MOSC.

The Court found in the MOSC that:  Plaintiff has not named any medical providers as defendants or alleged that any defendant was medically responsible for determining whether his medical condition was so serious that he should never be near the use of pepper spray; Plaintiff alleges no facts showing that a defendant both knew of and disregarded an excessive risk to his health or safety related to the use of pepper spray in the infirmary; Plaintiff has failed to allege an actual injury to support his court access claim; and there is no constitutional right to an administrative grievance system.

The Court's MOSC provides that "[i]f Plaintiff does not file an amended complaint within the prescribed time that cures all the deficiencies discussed herein, this matter will be decided based upon the current deficient Complaint and may be dismissed without further notice for failure to state a claim."  (Doc. 7, at 15.)  Plaintiff has failed to file an amended complaint and has failed to show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed** for failure to state a claim.

**IT IS SO ORDERED**.

**Dated December 31, 2024, in Kansas City, Kansas.**

<div align="center" style="margin-left:40%">

**S/  John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

</div>